MEYER S. ALBERT, Appellant, *v.* PARKING STATIONS OF NEW YORK, INC., Respondent.

(Argued June 14, 1932; decided July 19, 1932.)

*Charles Eno* and *Gustav Nadel* for appellant.

*Ralph M. Ketcham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.